**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **JAMES KAOMA,**<br><br>***Petitioner,***<br><br>**v.**<br><br>**WARDEN, DELANEY HALL DETENTION FACILITY, et al**<br><br>***Respondents.*** | **Civil Action No. 26-13495** |

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner James Kaoma, by and through his undersigned attorney, hereby voluntarily dismisses under FRCP 41(a)(1) without prejudice this action.

Dated: October 20, 2026

/s/ Harith Mazrui
Harith Mazrui
Attorney for Petitioner James Kaoma
4343 Union Road
Buffalo, New York 14225
harith@borowskilaw.com
716-330-1503

SO ORDERED.

Robert Kirsch, U.S.D.J.
DATE: October 21, 2026